IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

VIVIAN L. BLAIR,                              :

    Plaintiff,                             :

vs.                                           :   CA 07-0152-CG-C

MICHAEL J. ASTRUE,                            :
Commissioner of Social Security,
                                              :
    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 4, 2007 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 25th ay of September, 2007.

                    /s/ Callie V. S. Granade
                    CHIEF UNITED STATES DISTRICT JUDGE