IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VIVIAN L. BLAIR,** | : |
| Plaintiff, | : |
| vs. | :    CA 07-0152-CG-C |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $2,200.09 under the Equal Access to Justice Act, representing compensation for 13.3 hours of service by Byron a. Lassiter, Esquire, at the cost-of-living-adjusted rate of $165.42 per hour.

**DONE and ORDERED** this 4th day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

Case 1:07-cv-00152-CG-C   Document 28   Filed 01/04/08   Page 2 of 2